# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Dwight Homman,

       Plaintiff,                         Civil 10-3206 (RHK/JJK)

vs.                               **DISQUALIFICATION AND
                                  ORDER FOR REASSIGNMENT**

GlaxoSmithKline, LLC,

       Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 2, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge